950

No. 103. Roviaro v. United States. C. A. 7th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 126. DeVore v. United States. C. A. 4th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 369. Tiktin et al. v. United States. C. A. 6th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 496. DiLorenzo v. United States. C. A. 2d Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 630. Birns v. Perini, Correctional Superintendent. C. A. 6th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 917. Jacobs v. United States; and
No. 6199. Spieler v. United States. C. A. 2d Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted. Reported below: 431 F. 2d 754.

No. 920. Jones v. United States. C. A. D. C. Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 1175. Kerr v. State Public Welfare Commission. Ct. App. Ore. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.